UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH E. DIAZ, | ) | NO.   CV 08-705-CT |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's opinion and order filed concurrently.

DATED: 7/29/08

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

14